# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA RIOS RANGEL,<br><br>        Plaintiffs,<br><br>   vs.<br><br>DHI MORTGAGE COMPANY, LTD., et al.,<br><br>        Defendants.<br>_____/ | CASE NO. CV F 09-1035 LJO GSA<br><br>**ORDER TO DISMISS CASE FOR VIOLATION OF COURT ORDER** |

This Court's July 21, 2009 order ("July 21 order") dismissed this action with prejudice against defendants DHI Mortgage Company, Ltd. ("DHI Mortgage") and Chicago Title Company ("Chicago Title"). The clerk entered a July 21, 2009 judgment in favor DHI Mortgage and Chicago Title and against plaintiff Marina Rios Rangle ("plaintiff"). The July 21 order required plaintiff, no later than July 30, 2009, to file papers to show cause why this Court should not dismiss this action against defendants Mortgage Electronic Registration Systems, NDEX West, LLC, Wells Fargo, HSBC Bank USA and Citimortgage, and included the following admonishment:

> **This Court ADMONISHES Ms. Rangel that this Court will dismiss this action against defendants Mortgage Electronic Registration Systems, America's Servicing Company, NDEX West, LLC, Wells Fargo, HSBC Bank USA, and Citimortgage if she fails to comply with this order and fails to file timely papers to show cause why this Court should not dismiss these defendants.**

July 21 Order, 16:21-24 (emphasis in original). Plaintiff failed to respond to this Court's order.

For violation of this Court's July 21 order, this Court:

1. DISMISSES without prejudice this action against non-appearing defendants Mortgage Electronic Registration Systems, America's Servicing Company, NDEX West, LLC, Wells Fargo, and HSBC Bank USA;

2. DISMISSES as moot appearing defendant Citimortgage, Inc.'s motion to dismiss (Doc. 14) and motion to strike (Doc. 16);

3. DISMISSES without prejudice this action against Citimortgage, Inc.;

4. VACATES the August 24, 2009 hearings on Citimortgage, Inc.'s motions; and

5. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   July 31, 2009**                              /s/ Lawrence J. O'Neill
                                                                 UNITED STATES DISTRICT JUDGE